UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **CARIBE RESTAURANT & NIGHTCLUB, INC.**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TOPA INSURANCE COMPANY**,<br><br>Defendant | Case No. 2:20-cv-03570-ODW-MRW<br><br>**ORDER GRANTING THE PARTIES JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS TO SEPTEMBER 28, 2020** |

**[PROPOSED] ORDER GRANTING THE PARTIES JOINT STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS TO SEPTEMBER 28, 2020**

Based on the Joint Stipulation to extend Plaintiff's time to respond to Defendant's Motion to Dismiss to September 28, 2020 (the "Stipulation"), entered into by and between Plaintiff Caribe Restaurant & Nightclub, Inc., individually and on behalf of all others similarly situated ("Plaintiff") and Defendant Topa Insurance Company

- 1 -

("Defendant") (hereinafter collectively, the "Parties"), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Stipulation is GRANTED;

2. Plaintiff shall have up to and including September 28, 2020 to respond to Defendant's Motion to Dismiss.

3. Defendant shall have up to and including October 12, 2020 for their Reply.

4. The hearing, currently set for October 5, 2020 is **rescheduled to October 26, 2020 at 1:30 p.m.**

**IT IS SO ORDERED**

Dated: September 14, 2020    _____

United States District Judge