**O**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIBE RESTAURANT & NIGHTCLUB, INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOPA INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-03570-ODW (MRWx)<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///
///
///
///

1

## JUDGMENT

In light of the Court's Order **GRANTING** Defendant's Motion to Dismiss, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;

2. Plaintiff shall receive nothing; and

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 12, 2021

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**